IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-00320-PAB-CBS

JOHN SENI, Derivatively on Behalf of CIBER, INC.,

    Plaintiff,

v.

DAVID C. PETERSCHMIDT,
CLAUDE J. PUMILIA,
PETER H. CHEESBROUGH,
BOBBY G. STEVENSON,
JEAN-FRANCOIS HEITZ,
PAUL JACOBS,
STEPHEN S. KURTZ,
KURT J. LAUK,
ARCHIBALD J. MCGILL, and
JAMES C. SPIRA,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on review of the file.  One of my sisters is a partner at the law firm of Holland & Hart, counsel for defendants.  For this reason, it would be inappropriate for me to preside over this case.  Accordingly, I will recuse myself.  It is therefore

    ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

DATED February 27, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge