**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00320-REB-CBS

JOHN SENI, Derivatively on Behalf of CIBER, INC.,

        Plaintiff,

  v.

DAVID C. PETERSCHMIDT,
CLAUDE J. PUMILIA,
PETER H. CHEESBROUGH,
BOBBY G. STEVENSON,
JEAN-FRANCOIS HEITZ,
PAUL JACOBS,
STEPHEN S. KURTZ,
KURT J. LAUK,
ARCHIBALD J. MCGILL,
and JAMES C. SPIRA,

        Defendants.
and

CIBER, INC.,

        Nominal Defendant.

---

**DEFENDANTS' MOTIONS TO DISMISS**

---

Individual defendants David C. Peterschmidt, Claude J. Pumilia, Peter H. Cheesbrough, Bobby G. Stevenson, Jean-Francois Heitz, Paul Jacobs, Stephen S. Kurtz, Kurt J. Lauk, Archibald J. McGill, James C. Spira (collectively "Individual Defendants"), and nominal defendant CIBER, Inc. ("CIBER" or the "Company") (with the Individual Defendants, "Defendants"), through their undersigned counsel, respectfully submit this motion to dismiss the Verified Shareholder Derivative Complaint for failure to state a claim and memorandum of law in support thereof.  This motion is made pursuant to Fed. R. Civ. P. 12(b)(6) and the substantive requirements of controlling Delaware law.

Although this motion presents matters outside the pleadings, it should not be converted to a motion for summary judgment because the Court may consider or take judicial notice of such matters for the reasons stated in the Request for Judicial Notice in Support of Defendants' Motions To Dismiss.

WHEREFORE Defendants respectfully request that the Court GRANT their motion to dismiss the Complaint with prejudice.

DATED:  April 12, 2012

                                        Respectfully submitted,

                                        *s/ Holly Stein Sollod*
                                        Holly Stein Sollod
                                        Brooke H. McCarthy
                                        Holland & Hart LLP
                                        555 Seventeenth Street, Suite 3200
                                        Post Office Box 8749
                                        Denver, CO  80201-8749
                                        Telephone: (303) 295-8000
                                        Fax: (303) 295-8261
                                        hsteinsollod@hollandhart.com
                                        bmccarthy@hollandhart.com

        Boris Feldman
        Elizabeth C. Peterson
        Wilson Sonsini Goodrich & Rosati PC
        650 Page Mill Road
        Palo Alto, CA 94304
        Telephone: (650) 493-9300
        Fax: (650) 493-6811
        boris.feldman@wsgr.com
        epeterson@wsgr.com

*Attorneys for Individual Defendants David C. Peterschmidt, Claude J. Pumilia, Peter H. Cheesbrough, Bobby G. Stevenson, Jean-Francois Heitz, Paul Jacobs, Stephen S. Kurtz, Kurt J. Lauk, Archibald J. McGill, James C. Spira, and for Nominal Defendant CIBER, Inc.*

## CERTIFICATE OF SERVICE

I certify that on April 12, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

    evan@lipsteinlaw.com
    frankj@johnsonandweaver.com

*s/Holly Stein Sollod*