IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 12-cv-00320-REB-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: April 30, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                                      *Counsel:*

JOHN SENI,                                                              Evan S. Lipstein

   Plaintiff,

v.

DAVID C. PETERSCHMIDT, *et al*.,                    Boris Feldman
                                                                                    Holly Stein Sollod

   Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTION HEARING**
**Court in Session:    9:00 a.m.**
Court calls case. Appearances of counsel.

The court addresses the parties regarding the defendant's MOTION to Stay Discovery and Vacate the Scheduling Conference and Related Deadlines (Docket No. 29, filed on 3/31/2012).

Defense counsel presents oral argument and engages in discussion with the court.

Counsel for the plaintiff presents oral argument. Discussion regarding what discovery the plaintiff is seeking and Rule 26(b)(2)(c), defendant's MOTION to Dismiss (Docket No. 36, filed on 4/12/2012), and a response to this motion from the plaintiff, plaintiff's BRIEF in Opposition to #29 MOTION to Stay Discovery and Vacate the Scheduling Conference and Related Deadlines (Docket No. 35, filed on 4/11/2012), defendant's REPLY to Response to #29 MOTION to Stay Discovery and Vacate the Scheduling Conference and Related Deadlines Pending Resolution of Defendants' Motion to Dismiss (Docket No. 29, filed on 4/25/2012), possible time line for the motion to stay to be fully briefed, setting a Rule 26(f) conference if that motion to dismiss is not granted, and how to

proceed with this case.

Court will take a recess to allow plaintiff's counsel a chance to speak with the plaintiff regarding how to proceed with opposing the motion to stay.

**Court in recess:** 9:46 a.m.
**Court in session:** 9:57 a.m.

Plaintiff's counsel informs the court that the plaintiff would like to withdraw opposition to the motion to stay.

**ORDERED:** The plaintiff's BRIEF in Opposition to #29 MOTION to Stay Discovery and Vacate the Scheduling Conference and Related Deadlines (Docket No. 35, filed on 4/11/2012) is **WITHDRAWN**. The defendant's MOTION to Stay Discovery and Vacate the Scheduling Conference and Related Deadlines (Docket No. 29, filed on 3/31/2012) is **GRANTED**. The court will require that counsel for the parties have a Rule 26(f) conference within 72 hours of a ruling on the motion to dismiss (if the motion is denied).

HEARING CONCLUDED.

**Court in recess**: **10:00 a.m.**
Total time in court:   01:00

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.