## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00320-REB-CBS

JOHN SENI, Derivatively on Behalf of CIBER, INC.,

        Plaintiff,

v.

DAVID C. PETERSCHMIDT, CLAUDE J. PUMILIA, PETER H. CHEESBROUGH, BOBBY G. STEVENSON, JEAN-FRANCOIS HEITZ, PAUL JACOBS, STEPHEN S. KURTZ, KURT J. LAUK, ARCHIBALD J. MCGILL, and JAMES C. SPIRA,

        Defendants.

and

CIBER, INC.,

        Nominal Defendant.

## ORDER

THIS MATTER comes before the Court on the Parties' Stipulated Motion for Order to Set a Briefing Schedule.

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED;

2. Plaintiff shall file his Opposition to the Motion to Stay Discovery and Vacate Related Deadlines on or before July 18, 2013.

3. Defendants shall file their Reply to Plaintiff's Opposition to the Motion to Stay Discovery and Vacate Related Deadlines on or before July 23, 2013.

DATED at Denver, Colorado, on July 16, 2013.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I certify that on July 16, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

**Frank James Johnson**
frankj@johnsonandweaver.com

**Evan S. Lipstein**
evan@lipsteinlaw.com

s/ Elizabeth C. Peterson