IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 12-cv-00320-REB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: July 30, 2013 | Courtroom Deputy: Courtni Covington |

*Parties:*                                          *Counsel:*

JOHN SENI                                    Shawn Fields
                                                     Evan S. Lipstein

      Plaintiff,

v.

DAVID C. PETERSCHMIDT, *et al.,*          Elizabeth C. Peterson
                                                     Holly S. Sollod

      Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**      **10:45 a.m.**
Court calls case. Appearances of counsel.

The court addresses the parties regarding **Defendants' MOTION to Dismiss the Amended Complaint** [Doc. No. 72, filed 5/20/2013]. Both parties agree they would like to present oral argument on the motion to the court.

**ORDERED:**      A Motion Hearing regarding Defendants' Motion to Dismiss the Amended Complaint is set for **August 13, 2013 at 1:30 p.m.**

The court moves next to **Defendants' MOTION to Stay Discovery and Vacate Related Deadlines** [Doc. No. 92, filed 7/10/2013].

Ms. Peterson presents oral argument on the pending motion and engages in discussion with the court.
Discussion between the court and Mr. Fields regarding the Plaintiff's five discovery requests served on the Defendants and his ability to obtain documents from the company as a shareholder instead of placing the burden on the Defendants.

The court proposes to set the matter for further discussion in 30 days, allowing Plaintiff time to pursue the documents listed in his discovery requests 1 through 4 directly from the corporation. Depending on what the Plaintiff will be able to obtain, the court will be in a better position to

determine the burden that will be placed on Defendants regarding his discovery request number 5. The court clarifies that it is not constraining the rights of the corporation, nor expanding the scope of what Plaintiff can request, but that Mr. Seni will only be able to obtain those documents to which he has a right to as a shareholder under Delaware law.

The court states that it will **keep under advisement** Defendants' MOTION to Stay Discovery and Vacate Related Deadlines [Doc. No. 92, filed 7/10/2013].

**ORDERED:** A Status Conference is set for **August 27, 2013 at 3:30 p.m.** At that time, the parties will discuss what efforts, if any, have been pursued in the intervening 30 days to obtain information based on Plaintiff's status as a shareholder, the limited discovery that will go forward, and the scheduling of those deadlines. The parties may also present any further argument regarding Defendants' Motion to Stay Discovery and Vacate Related Deadlines.

**ORDERED:** Defendants are to make their initial disclosures **on or before September 6, 2013**. The court notes that Defendants are not required to physically produce documents, only to identify them.

HEARING CONCLUDED.
**Court in recess:      11:42 a.m.**
Total time in court:    00:57

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.