**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00320-REB-CBS

JOHN SENI, DERIVATIVELY ON BEHALF OF CIBER, INC.

    Plaintiff,

v.

DAVID C. PETERSCHMIDT,
CLAUDE J. PUMILIA,
PETER H. CHESSBROUGH,
PAUL JACOBS,
STEPHEN S. KURTZ,
KURT J. LAUK,
ARCHIBALD J. MCGILL, and
JAMES C. SPIRA

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Adopting Recommendation of United States Magistrate Judge** [#141] of Judge Robert E. Blackburn entered on February 25, 2015, it is

ORDERED that Plaintiff John Seni take nothing against defendants, David C. Peterschmidt, Claude J. Pumilia, Peter H. Chessbrough, Paul Jacobs, Stephen S. Kurtz, Kurt J. Lauk, Archibald J. Mcgill, and James C. Spira. It is

FURTHER ORDERED that Defendants are **AWARDED** their costs, to be taxed by the clerk of the court in the time and manner specified by Fed. R. Civ. P. 54(d)(1)

and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 25th day of February, 2015.

        FOR THE COURT:
        JEFFREY P. COLWELL, CLERK

By:  s/   A. Lowe
        A. Lowe
        Deputy Clerk